UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TORRES, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NORTHCENTRAL UNIVERSITY, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:18-CV-2069-CAB-WVG<br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the Court following a review of the docket. Plaintiff filed her complaint on September 6, 2018, and a summons was issued on the same day. No other activity has occurred in this case, and there is no indication on the docket that the complaint has been served on the defendant. Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing, on or before **December 17, 2018**, why this matter should not be dismissed for failure to prosecute. Failure to timely respond to this order will result in dismissal of this lawsuit.

　　　It is **SO ORDERED**.

Dated: December 10, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　United States District Judge