UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TORRES, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NORTHCENTRAL UNIVERSITY, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No.:  3:18-CV-2069-CAB-WVG<br><br>**AMENDED ORDER TO SHOW CAUSE** |

On December 10, 2018, the Court ordered Plaintiff to show cause on or before December 17, 2018, why this case should not be dismissed for failure to prosecute. The date for Plaintiff's response to that order is hereby **CONTINUED** to **January 18, 2019**.

It is **SO ORDERED**.

Dated:  December 14, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge